MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8928
    Facsimile: (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AULLA HUSSEIN ABEDELAL,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:14-CV-01334-NC<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND REQUEST FOR JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to fully consider all medical opinions in the record, including the opinions from Dr. Dinesh Nagar in Exhibits 3F; 20F; 21F; 22F; 23F, explain the weight assigned to the medical opinions in the record and to the extent any opinions are rejected or given less weight, state reasons for so finding. In light of the above findings, the ALJ will reassess the claimant's residual functional capacity and credibility of subjective

Stip for Remand, 3:14-CV-01334-NC                     1

complaints including lay witness evidence and complete the rest of the sequential evaluation process as necessary. On remand, Plaintiff may present new arguments and further evidence to the ALJ if such evidence becomes available.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

MELINDA L. HAAG
United States Attorney

Dated: November 14, 2014        By: /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney
Attorneys for Defendant


DAVID J. LINDEN, ATTORNEY AT LAW

Dated: November 14, 2014        By: */s/ David J. Linden*_____
DAVID J. LINDEN
Attorney for Plaintiff
(as approved by email)


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:


DATED: November 18, 2014        _____
NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE DISTRICT JUDGE

Stip for Remand, 3:14-CV-01334-NC            2